UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                         Case No. 00-80541-05
                                            HON. GEORGE CARAM STEEH

ANNEBELLE V. DUNCAN,

    Defendant.

_____/

## OPINION AND ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION

Defendant's "Motion to Reconsider" filed with this court on August 23, 2005, raises no new claims or arguments and is therefore DENIED.

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

Dated: September 9, 2005

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on September 9, 2005, by electronic and/or ordinary mail.

                                            s/Josephine Chaffee
                                            Secretary/Deputy Clerk